[Nos. 24870-1-II; 26254-1-II. Division Two. December 7, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS GERALD JOHNSON, *Appellant*.
*In the Matter of the Personal Restraint of* THOMAS GERALD JOHNSON, *Petitioner*.

Appeal from a judgment of the Superior Court for Lewis County, Nos. 99-1-00120-1 and 9819602, David R. Draper, J., entered July 13, 1999, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Houghton, J., concurred in by Morgan and Quinn-Brintnall, JJ.

[No. 24960-0-II. Division Two. December 7, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL WAYNE GALLATIN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 98-1-00613-7, Robert L. Harris, J., entered August 10, 1999. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Morgan and Bridgewater, JJ.

[No. 25041-1-II. Division Two. December 7, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CALEB D. STEELE, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 99-1-00085-0, William E. Howard, J., entered August 12, 1999. *Reversed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Bridgewater, J.